**Robbin LEGGETTE, Plaintiff–**
**Appellant,**

v.

**Crystal MOORE, Corporal; Joy Cutler, Defendants–Appellees.**

**No. 03–1685.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 1, 2003.

Decided Oct. 22, 2003.

Robbin Leggette, Appellant Pro Se. Douglas Charles Baxter, Richardson, Plowden, Carpenter & Robinson, Myrtle

**304**

Beach, South Carolina; William Henry Davidson, II, David Leon Morrison, Matthew Blaine Rosbrugh, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robbin Leggette appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Leggette v. Moore,* No. CA–02–1635–4 (D.S.C. filed May 6, 2003 & entered May 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*